UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| JOHN POSPISIL & AIRENE POSPISIL | § | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | _____ |
| | § | Civil Action Number |
| STATE AUTO PROPERTY & | § | |
| CASUALTY INSURANCE COMPANY | § | Jury |
| Defendant. | § | |
| | § | |

## INDEX TO DEFENDANT'S NOTICE OF REMOVAL

| NAME/DESCRIPTION OF DOCUMENT | DATE FILED IN STATE COURT | EXHIBIT NUMBER |
|---|---|---|
| Plaintiffs' Original Petition | 12/06/2016 | A-1 |
| Civil Case Information Sheet | 12/06/2016 | A-2 |
| Request for Process | 12/06/2016 | A-3 |
| Citation | 12/13/2016 | A-4 |
| Letter from Clerk to Jesse S. Corona | 12/13/2016 | A-5 |
| Docket Sheet | N/A | A-6 |
| Affidavit of Julie Corbett | N/A | B |
| List of Counsel of Record | N/A | C |

**EXHIBIT A**