United States District Court
Southern District of Texas
**ENTERED**
May 01, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOHN POSPISIL, *et al*, | § |
| | § |
| Plaintiffs, | § |
| VS. | § CIVIL ACTION NO. 4:17-CV-00102 |
| | § |
| STATE AUTO PROPERTY & CASUALTY INSURANCE COMPANY, | § |
| | § |
| Defendant. | § |

## CONDITIONAL ORDER OF DISMISSAL

The parties in this lawsuit have filed a Joint Notice of Settlement. (Doc. No. 10.) The case is therefore **DISMISSED WITHOUT PREJUDICE** to reinstatement of the claims if any party represents to the Court, within sixty (60) days of this Order, that the settlement could not be completely documented. The claims will be **DISMISSED WITH PREJUDICE** sixty (60) days after the entry of this Order unless any party moves for reinstatement or an extension of the conditional dismissal period before that date.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 1st day of May, 2017.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE